

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 16, 2022

VIA ECF
Hon. Nelson S. Román
United States District Judge
United States District Court
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022
```

Re: *Mukaila v. Mayorkas, et al.*, No. 22 Civ. 4735 (NSR)

Dear Judge Román:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Amerasian, Widow(er), or Special Immigrant (Form I-360). I write respectfully on behalf of all parties to jointly request that the Court stay this matter for one-hundred-eighty days (*i.e.*, from August 18, 2022, to February 14, 2023).

We respectfully request this stay because the parties are attempting to resolve this matter without further litigation through the normal adjudicative process at USCIS and need time to complete this process. Plaintiff wishes to keep this action pending in the meantime. The parties respectfully submit that it is in the interest of efficiency and conservation of resources for the Court to stay this case while this process occurs. If acceptable to the Court, the parties will file a joint status letter by February 14, 2023. This is the parties' first request for a stay.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ *Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

**MEMO ENDORSED**

**The Court GRANTS the parties' request for a stay of this action. The parties are directed to file a joint status letter on or before February 14, 2023.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 17.**

cc: Counsel of record (via ECF)

Dated: August 17, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE